1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant MORTON

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   No.97-40155-SBA [KAW]
                                  )
11         Plaintiff,              )
                                  )   STIPULATED REQUEST TO CONTINUE
        v.                        )   HEARING DATE TO JULY 17, 2013 AND
12                                )   [PROPOSED] ORDER
                                  )
13 GREGORY MORTON,                )
                                  )
14         Defendant.              )
                                  )
15 _____ )

   The above-captioned matter is set on July 3, 2013 before this the Hon. Kandis A. Westmore for a STATUS hearing. The parties jointly request and stipulate that the Court continue the matter to July 17, 2013 at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

   All parties have additional investigation they would like to conduct. Currently, a transit strike also makes it more difficult for Mr. Morton and the Probation Officer to travel to court in Oakland. The parties request additional time to assess and discuss this matter. The Probation Office does not object to this request.

Stip. Req. To Continue Hearing Date

1

2  DATED: July 2, 2013                                /S/
                                          _____
3                                         ANDREW HUANG
                                          Assistant United States Attorney
4

5                                                    /S/
   DATED: July 2, 2013                    _____
6                                         JOHN PAUL REICHMUTH
                                          Assistant Federal Public Defender
7                                         Counsel for Gregory Morton

8
## ORDER
9
    Based on the reasons provided in the stipulation of the parties above,

10
    IT IS HEREBY ORDERED that the STATUS date of July 3, 2013, scheduled at 9:30
11
a.m., before the Honorable Kandis A. Westmore, be vacated and reset for July 17, 2013, at 9:30
12
a.m. for STATUS before the Oakland Duty Magistrate.
13
    This matter is a supervised release proceeding, so no time need be excluded under the
14
Speedy Trial Act.
15

16
   July __2__, 2013                       _____
17                                        HON. KANDIS A. WESTMORE
                                          United States Magistrate Judge
18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date              2