1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant MORTON

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       )    No.97-40155-SBA
                                   )
11         Plaintiff,               )
                                   )    STIPULATED REQUEST TO CONTINUE
           v.                      )    HEARING DATE TO OCTOBER 21, 2013
12                                 )    AND [PROPOSED] ORDER
                                   )
13 GREGORY MORTON,                 )
                                   )
14         Defendant.               )
                                   )
15 _____ )

    The above-captioned matter is set on September 19, 2013 before the Hon. Kandis A. Westmore for a STATUS hearing.  The parties jointly request and stipulate that the Court continue the matter to October 21, 2013 at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

    Mr. Morton currently has a state court hearing scheduled for September 19, 2013, so there is a scheduling conflict with the appearance before this court.  Additionally, the parties expect that it will be another month before the results of the state court proceedings are known.  The parties also request additional time to assess and discuss this matter.  The Probation Office does not object to this request.

Stip. Req. To Continue Hearing Date

DATED: September 19, 2013                    /S/
                                     ANDREW HUANG
                                     Assistant United States Attorney


DATED: September 19, 2013                    /S/
                                     JOHN PAUL REICHMUTH
                                     Assistant Federal Public Defender
                                     Counsel for Gregory Morton

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS date of September 19, 2013, scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, be vacated and reset for October 21, 2013, at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

This matter is a supervised release proceeding, so no time need be excluded under the Speedy Trial Act.

September  17 , 2013                    _____
                                     HON. KANDIS A. WESTMORE
                                     United States Magistrate Judge

Stip. Req. To Continue Hearing Date              2