1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant MORTON

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 97-40155-SBA [MAG] |
| Plaintiff, | |
| v. | STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 16, 2013 AND [PROPOSED] ORDER |
| GREGORY MORTON, | |
| Defendant. | |

The above-captioned matter is set on November 18, 2013 before the Hon. Kandis Westmore for a STATUS hearing. The parties jointly request and stipulate that the Court continue the matter to December 16, 2013 at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

State charges underlying the revocation case are still pending, and the parties request additional time to meet and confer. The Probation Office does not object to this request.

DATED: November 15, 2013             /s/
                                     ANDREW HUANG
                                     Assistant United States Attorney

Stip. Req. To Continue Hearing Date

DATED: November 15, 2013          /s/
                                  JOHN PAUL REICHMUTH
                                  Assistant Federal Public Defender
                                  Counsel for Gregory Morton

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS date of November 18, 2013, scheduled at 9:30 a.m., before the Honorable Kandis Westmore, be vacated and reset for December 16, 2013, at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

This matter is a supervised release proceeding, so no time need be excluded under the Speedy Trial Act.

November 15, 2013                 _Kandis Westmore_____
                                  HON. KANDIS WESTMORE
                                  United States Magistrate Judge

Stip. Req. To Continue Hearing Date          2