1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant MORTON

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,         )    No.97-40155-SBA [MAG]
                                      )
11              Plaintiff,            )
                                      )    STIPULATED REQUEST TO CONTINUE
12         v.                         )    HEARING DATE TO MARCH 7, 2014
                                      )    AND [PROPOSED] ORDER
13  GREGORY MORTON,                   )
                                      )
14              Defendant.            )
                                      )
15  _____    )

16

17     The above-captioned matter is set on February 21, 2014 before the Hon. Kandis

18  Westmore for a STATUS hearing. The parties jointly request and stipulate that the Court

19  continue the matter to March 7, 2014 at 9:30 a.m. for STATUS before the Oakland Duty

20  Magistrate.

21     The parties have reached a resolution, and an amended Form 12 with a Waiver of

22  Hearing and Request to Modify Supervised Release Conditions is forthcoming. If the Court

23  accepts and orders the modification, the parties agree that the next STATUS date should be

24  VACATED. The Probation Officer does not object to this request.

25

26

Stip. Req. To Continue Hearing Date

1

2  DATED: February 21, 2014              /s/ Andrew Huang
                                         ANDREW HUANG
3                                        Assistant United States Attorney

4

5

6  DATED: February 21, 2014              /s/ John Paul Reichmuth
                                         JOHN PAUL REICHMUTH
7                                        Assistant Federal Public Defender
                                         Counsel for Gregory Morton
8

9                                    **ORDER**

10      Based on the reasons provided in the stipulation of the parties above,

11      IT IS HEREBY ORDERED that the STATUS date of February 21, 2014, scheduled at

12  9:30 a.m., before the Honorable Kandis A. Westmore, be vacated and reset for March 7, 2014,

13  at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

14      This matter is a supervised release proceeding, so no time need be excluded under the

15  Speedy Trial Act.

16

17  February __21__, 2014                 _____
                                          Hon. Kandis A. Westmore
18                                        United States Magistrate Judge

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date              2